*Cover Sheet*

Due process
To Be heard
To file claims
Violated access
To Legal Counsel & Materials

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Mitchell Rae Beckwith

(Enter full name of plaintiff)

Plaintiff,

Civil Case No. 3:23-cv-01110-SI

(to be assigned by Clerk's Office)

v.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Dep. Sacirovic, Sgt. Balaska, Dep. Stiff, Com. Parks, Sgt. Hood, Dep. Santiago, Devaney, DPSST 50218, Drake 47286, AIC Accants 59991 53568

(Enter full name of ALL defendant(s))

Sgt Koenig, Sgt Taylor

Defendant(s).

Jury Trial Demanded
☒ Yes    ☐ No

I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**
Name: Mitchell Rae Beckwith
Street Address: 11540 NE Inverness DR
City, State & Zip Code: Portland, OR 97220
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

| | | |
|---|---|---|
| **Defendant No. 1** | Name: | Commander Parks |
| | Street Address: | N/A |
| | City, State & Zip Code: | N/A |
| | Telephone No.: | |
| **Defendant No. 2** | Name: | Sgt Balaska |
| | Street Address: | N/A |
| | City, State & Zip Code: | N/A |
| | Telephone No.: | |
| **Defendant No. 3** | Name: | Dep Sacirovic |
| | Street Address: | |
| | City, State & Zip Code: | |
| | Telephone No.: | |
| **Defendant No. 4** | Name: | Devaney Dpsst 53568 |
| | Street Address: | N/A |
| | City, State & Zip Code: | N/A |
| | Telephone No.: | |

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Def. No. 5
  DRAKE DPSST 47286 /info N/A
Def. No. 6
  Sgt Hood /info N/A
Def. No. 7
  Deputy Santiago /info N/A
Def. No. 8
  AIC Accounts DPSST 59491
Def. No. 9
  Records, DPSST 50218
Def. No. 10
  Deputy STIFF
Def. No. 11
  Deputy Mendoza
Def. No. 12
  Sgt Koenig
Def. No. 13
  Sgt Taylor

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Due process, Right To file claims, hygiene access, access To legal counsel & Materials

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Dep Sacirovic & Dep Mendoza on June 24th, 2023 7-845pm did not go Through Legal work in front of Me under Sgt Balaska orders he lied said they would outside of 4F Module. I'm pro-se was robbed of Legal work 5 pens (All my pens) and they Took my Box away. June 25th Dep-acting SGT Stiff said I have to wait for actual Sgt. Also Sacirovic Took ALL writing paper for Legal work as well. I kyte Records June 29, 2023 on 6/31/23 Did Not provide Records DPSST 50218 when Asked for "ALL Records"

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

June 29th 2023 Lvl 3 15min Time out of cell denied All Day by Commander Parks & Sgt Baleska

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

Claim I Continued ---

~~July 14th~~ ~~9:10pm~~
July 14th Approx 5pm (520-545)
SC out To Talk To Mr. Redden
attorney then Told go Back in
Cell By Dep Santiago and
Dep hughes. Sgt Palaska came
by my Room Let Dep Santiago
Know he was wrong yet I was
Still not let out for my 15
Minutes to Call my Loved family.

6/30/2023 Letter from Grievance Coordinator Devaney said grievances "not valid" But I Follow guidlines in their inmate Manual 100% various violations an Attempt To Silence Me Not allowing Me To be heard. My complaints. Then on (7/24/23) Denied by ~~on~~ Sgt HOOD on (7/10/23) by Sgt Taylor & on (7/23/23) by Sgt Koenig approx 9AM Denied grievance

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

June 30th 2023 ask for 5 more civil Form 1983 denied by Drake 47286 on 7/5/2023. Ask for 2 in forma pauperis July 10th 2023 again Deny by Drake 47286. Via kyte service. Ask AIC accounts for 5 certificates only ~~re~~ recieve (1) ... DPSST 59491 response on 7/17/23. person To Blame is Drake or I think Commander Parks

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes            ☐ No

V. RELIEF

State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

get Me proper Time "out" counsel and way To do Legal work. Be heard un limit my grievances = legit! Com. parks $50,000.00, Sgt Balaska $50,000.00, Dep Sacirovic $10,000.00, Devaney $50,000.00, Drake $50,000.00, Dep Suntiago $15,000.00, Sgt Hood $15,000, AIC Accounts $9991 $10,000.00, DPSST 50218 $10,000.00 DPSST #___, Dep Stiff $169.00, Dep. Mindoza $100.00, Sgt Koenig $100.00, Sgt Taylor $100.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of July, 2023

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)            5
[Rev. 01/2018]